THE CENTRAL RAILROAD COMPANY OF NEW JERSEY ET AL., RESPONDENTS, v. STATE HIGHWAY COMMISSION, APPELLANT.

Argued October 24, 1934—Decided February 4, 1935.

For the respondents, *Hobart & Minard* and *John A. Bernhard*.

For the appellant, *Pierre P. Garven*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Lloyd in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CASE, BODINE, DONGES, HETFIELD, DEAR, WELLS, JJ. 7.

*For reversal*—THE CHIEF JUSTICE, PERSKIE, VAN BUSKIRK, KAYS, JJ. 4.